UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL J. WALRO, as Trustee of the Bankruptcy Estate of Lester L. Lee, | ) ) ) | |
| | ) | 1:16-cv-03053-RLY-DML |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Adversary Proceeding |
| ROBERT N. HATFIELD and THE LEE GROUP HOLDING COMPANY, LLC, | ) ) | 14-59038 |
| | ) | |
| Defendants. | ) | |
| _____ | ) ) | |
| IN RE: | ) ) | Bankruptcy Case |
| LESTER L. LEE, | ) ) | 12-90007-JJG-7 |
| Debtor. | ) | |

## JUDGMENT

Consistent with the Findings of Fact and Conclusions of Law issued this day, the court now enters judgment in favor of Michael J. Walro, as Trustee of the Bankruptcy Estate of Lester L. Lee, and against Defendants, Robert N. Hatfield and The Lee Group Holding Company, LLC.

**SO ORDERED** this 27th day of June 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distributed Electronically to Registered Counsel of Record.